**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

-vs-

ANTHONY GEORGE CHERRY

Case Number: 6:06-CR-85-ORL-28KRS

USM Number: 26344-018

Roger L. Weeden, CJA
609 E. Central Blvd.
Orlando, Florida 32801

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers One through Five of the term of probation. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| One | Failure to submit written monthly reports | October 5, 2007 |
| Two | Failure to notify ten days prior to any change in residence | September 18, 2007 |
| Three | Failure to make special assessment in violation of the Court's Order | October 12, 2007 |
| Four | Failure to make Restitution in violation of the Court's Order | October 12, 2007 |
| Five | Failure to complete community service | October 12, 2007 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has not violated condition Six and is discharged as to such violation condition.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

5/28/2008

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

June 2, 2008

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **9 Months**. It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

All other terms and conditions of the Judgment entered on September 29, 2006 will remain in full force and effect.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal